**Opinion issued November 24, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00113-CV

————————————

**HEIGHTS PLAZA, LLC AND ALI HALAWE, Appellants**

**V.**

**WOODFOREST NATIONAL BANK, Appellee**

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2014-18351

## MEMORANDUM OPINION

Appellants, Heights Plaza, LLC and Ali Halawe, appealed from the trial court's order granting the appellee's motion for summary judgment, signed on January 5, 2015. *See* TEX. R. APP. P. 26.1(a)(1). However, appellants have neither paid the required filing fee nor established indigence for purposes of appellate

costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellants have neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court on February 26, 2015, and again on May 14, 2015, that this appeal was subject to dismissal, appellants did not timely respond. *See id.* 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Bland.